IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| RYAN ARNOLD,[1] | § | |
| | § | |
| Petitioner Below, | § | No. 490, 2025 |
| Appellant, | § | |
| | § | Court Below—Family Court |
| v. | § | of the State of Delaware |
| | § | |
| JACKIE ARNOLD, | § | File No. CN24-05285 |
| | § | Petition No. 24-23729 |
| Respondent Below, | § | |
| Appellee. | § | |

Submitted: May 15, 2026
Decided: July 17, 2026

Before **TRAYNOR, LEGROW**, and **GRIFFITHS**, Justices.

*PER CURIAM:*

## ORDER

After consideration of the parties' briefs and the record on appeal, we conclude that the Family Court's judgment should be affirmed on the basis of the court's decisions and orders dated July 29, 2025; August 22, 2025; November 7, 2025; and December 2, 2025. The appellee has moved for attorneys' fees, arguing that the appeal is frivolous. Under Rule 20(f), the Court may award costs and reasonable expenses, including attorneys' fees, to an appellee in a frivolous appeal.

---

[1] The Court previously assigned pseudonyms to the parties under Supreme Court Rule 7(d).

After consideration of the appellant's arguments on appeal and the record, we conclude that this appeal is not frivolous.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Family Court is AFFIRMED. The appellee's motion for attorneys' fees is DENIED.